Form OSTRKCE (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Virginia Louise Kennedy**<br>1195 Lincoln Rd.<br>Allegan, MI 49010<br>SSN: xxx–xx–8640<br><br>**Debtor** | **Case Number 14−00709−swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF DEFECTIVE CLAIM

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(e), the following proof of claim presented for filing is deemed defective:

    Claim Number: 2

    Name of Claimant: United Consumer Financial Services (Kirby)

    Reason for Defect: Case name & number do not match

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re−filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456−2693 or by using online chat via www.miwb.uscourts.gov



Daniel M. LaVille
Clerk of Court

**Dated:** March 3, 2014